IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY DOBBINS                                                              PLAINTIFF

v.                              No: 3:19-cv-00298 JM

BOWERS, *et al.*                                                          DEFENDANTS

## ORDER

Plaintiff Billy Dobbins filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 30, 2019 (Doc. No. 1). On October 31, 2019, the Court entered an order directing Dobbins to submit the full $400.00 filing and administrative fees or file a fully completed and signed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Dobbins was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Dobbins has not complied or otherwise responded to the October 31 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Dobbins's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE