# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BILLY DOBBINS**                                                                                                 **PLAINTIFF**

**v.**                                No: 3:19-cv-00298 JM

**BOWERS,** *et al.*                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE